

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-417-269

**Effective Date of Registration:**
August 22, 2024
**Registration Decision Date:**
October 10, 2024

---

## Title

**Title of Work:** 27226 Z

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 13, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Cranston Print Works Company, dba QT Fabrics
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Cranston Print Works Company, dba QT Fabrics
1550 Nooseneck Hill Road, Coventry, RI, 02816, United States

---

## Rights and Permissions

**Organization Name:** MHS Licensing
**Name:** John Haesler
**Email:** john@mhslicensing.com
**Telephone:** (952)544-1377
**Address:** 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification



# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
*United States of America*

## FORM VA

 

VA 622-988

| VA | | VAU |
|---|---|---|

EFFECTIVE DATE OF REGISTRATION

FEB 1 4 1994

| Month | Day | Year |
|---|---|---|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

LARGE FLAG PATCHWORK
Design # 5409

NATURE OF THIS WORK ▼ See Instructions

FABRIC DESIGN

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

NAME OF AUTHOR ▼

CRANSTON PRINT WORKS CO.-V.I.P. DIV.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Check appropriate box(es). **See Instructions.**
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Design on sheetlike material
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Check appropriate box(es). **See Instructions.**
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Design on sheetlike material
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1993 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 12   Day ▶ 30   Year ▶ 93
U.S.A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

CRANSTON PRINT WORKS CO. - V.I.P. DIV.
1412 BROADWAY, NEW YORK, NY   10018

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 14 1994
ONE DEPOSIT RECEIVED
FEB 14 1994
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

This form was electronically produced by Elite Federal Forms' Forms Manager

EXAMINED BY _JM_

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     **Account Number** ▼

CRANSTON PRINT WORKS CO. - V.I.P. DIV.     DA036447

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**7**

Be sure to
give your
daytime phone
◀ number

Area Code & Telephone Number ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of    CRANSTON PRINT WORKS CO. - V.I.P. DIV.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lynne Jordan     date ▶ 2/3/94

Handwritten signature (X) ▼

_Lynne Jordan_

**MAIL CERTIFICATE TO**

Name ▼
CRANSTON PRINT WORKS CO. - V.I.P. DIV.

Number/Street/Apartment Number ▼
1412 BROADWAY - 22nd FLOOR

City/State/ZIP ▼
NEW YORK, NY 10018

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



© Cranston Collection. Courtesy of MHS Licensing.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-417-267

**Effective Date of Registration:**
August 22, 2024
**Registration Decision Date:**
October 10, 2024

## Title
_____

**Title of Work:** 26489 B

## Completion/Publication
_____

**Year of Completion:** 2017
**Date of 1st Publication:** October 16, 2017
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Cranston Print Works Company, dba QT Fabrics
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Cranston Print Works Company, dba QT Fabrics
1550 Nooseneck Hill Road, Coventry, RI, 02816, United States

## Rights and Permissions
_____

**Organization Name:** MHS Licensing
**Name:** John Haesler
**Email:** john@mhslicensing.com
**Telephone:** (952)544-1377
**Address:** 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification
_____



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-417-262

**Effective Date of Registration:**
August 22, 2024
**Registration Decision Date:**
October 10, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | 24017 JM |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | August 13, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

- | | |
  |---|---|
  | **Author:** | Cranston Print Works Company, dba QT Fabrics |
  | **Author Created:** | 2-D artwork |
  | **Work made for hire:** | Yes |
  | **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Cranston Print Works Company, dba QT Fabrics |
| | 1550 Nooseneck Hill Road, Coventry, RI, 02816, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MHS Licensing |
| **Name:** | John Haesler |
| **Email:** | john@mhslicensing.com |
| **Telephone:** | (952)544-1377 |
| **Address:** | 111 3rd Avenue South |
| | Suite 360 |
| | Minneapolis, MN 55401 United States |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-417-266

**Effective Date of Registration:**
August 22, 2024
**Registration Decision Date:**
October 10, 2024

---

## Title

**Title of Work:** 26070 X

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 16, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Cranston Print Works Company, dba QT Fabrics
 **Author Created:** 2-D artwork
 **Work made for hire:** Yes
 **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Cranston Print Works Company, dba QT Fabrics
1550 Nooseneck Hill Road, Coventry, RI, 02816, United States

---

## Rights and Permissions

**Organization Name:** MHS Licensing
**Name:** John Haesler
**Email:** john@mhslicensing.com
**Telephone:** (952)544-1377
**Address:** 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-417-276

**Effective Date of Registration:**
August 22, 2024
**Registration Decision Date:**
October 10, 2024

## Title

**Title of Work:** 27589 K

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** October 15, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Cranston Print Works Company, dba QT Fabrics
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Cranston Print Works Company, dba QT Fabrics
1550 Nooseneck Hill Road, Coventry, RI, 02816, United States

## Rights and Permissions

**Organization Name:** MHS Licensing
**Name:** John Haesler
**Email:** john@mhslicensing.com
**Telephone:** (952)544-1377
**Address:** 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-417-282

**Effective Date of Registration:**
August 22, 2024
**Registration Decision Date:**
October 10, 2024

## Title
_____

Title of Work: 76386 Z

## Completion/Publication
_____

Year of Completion: 2015
Date of 1st Publication: March 17, 2015
Nation of 1st Publication: United States

## Author
_____

- Author: Cranston Print Works Company, dba QT Fabrics
  Author Created: 2-D artwork
  Work made for hire: Yes
  Citizen of: United States

## Copyright Claimant
_____

Copyright Claimant: Cranston Print Works Company, dba QT Fabrics
1550 Nooseneck Hill Road, Coventry, RI, 02816, United States

## Rights and Permissions
_____

Organization Name: MHS Licensing
Name: John Haesler
Email: john@mhslicensing.com
Telephone: (952)544-1377
Address: 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification
_____



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-417-265

**Effective Date of Registration:**
August 22, 2024
**Registration Decision Date:**
October 10, 2024

## Title
___

Title of Work: 24494 K

## Completion/Publication
___

Year of Completion: 2015
Date of 1st Publication: September 08, 2016
Nation of 1st Publication: United States

## Author
___

- Author: Cranston Print Works Company, dba QT Fabrics
  Author Created: 2-D artwork
  Work made for hire: Yes
  Citizen of: United States

## Copyright Claimant
___

Copyright Claimant: Cranston Print Works Company, dba QT Fabrics
1550 Nooseneck Hill Road, Coventry, RI, 02816, United States

## Rights and Permissions
___

Organization Name: MHS Licensing
Name: John Haesler
Email: john@mhslicensing.com
Telephone: (952)544-1377
Address: 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification
___



# CERTIFICATE OF REGISTRATION



**UNITED STATES COPYRIGHT OFFICE**
**THE LIBRARY OF CONGRESS**

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

## FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



**VA 726-036**

EFFECTIVE DATE OF REGISTRATION

SEP 0 6 1995
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

COUNTRY TREASURE MINI PATCH
Design # 70109

NATURE OF THIS WORK ▼ See Instructions

FABRIC DESIGN

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2** NAME OF AUTHOR ▼

CRANSTON PRINT WORKS CO. -V.I.P. DIV.

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions.
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Design on sheetlike material
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions.
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Design on sheetlike material
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1995 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ 7   Day ▶ 24   Year ▶ 99
U.S.A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

CRANSTON PRINT WORKS CO. - V.I.P. DIV.
1412 BROADWAY, NEW YORK, NY 10018

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
SEP 06 1995
ONE DEPOSIT RECEIVED
SEP 06 1995
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

This form was electronically produced by Elite Federal Forms Manager

DO NOT WRITE HERE
Page 1 of 2 pages

| | |
|---|---|
| EXAMINED BY ∂∂ | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

CRANSTON PRINT WORKS CO. - V.I.P. DIV.        DA036447

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Be sure to give your daytime phone number

Area Code & Telephone Number ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of __CRANSTON PRINT WORKS CO. - V.I.P. DIVISION__
　　　　　　　name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.        date ▶ 8/31/95
Lynne Jordan

✍ Handwritten signature (X) ▼
_Lynne Jordan_

**9**

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**MAIL CERTIFICATE TO**

Name ▼
CRANSTON PRINT WORKS CO. - V.I.P. DIV.

Number/Street/Apartment Number ▼
1412 BROADWAY - 22nd FLOOR

City/State/ZIP ▼
NEW YORK, NY 10018

Certificate will be mailed in window envelope

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



© Cranston Collection. Courtesy of MHS Licensing.