**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CRANSTON PRINT WORKS COMPANY,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-03525

**<u>SCHEDULE A TO COMPLAINT</u>**

| No. | Defendants |
| --- | --- |
| 1 | Goddess Sunflower |
| 2 | eipogp |
| 3 | WANjiang |
| 4 | TIAN-yingA |
| 5 | yarujiamaoyi |
| 6 | Sevenbor |
| 7 | Leiyun |
| 8 | Finchiger |
| 9 | Dnna Huang |
| 10 | hagan panting |
| 11 | Martin Peng |
| 12 | Panvalua |
| 13 | Ibuywill |
| 14 | Jagogh Yson |
| 15 | Sauxi |
| 16 | Sonieg |
| 17 | Beautiful gathering place |
| 18 | XinXuan Crafts |
| 19 | HIFANMM FASHION |
| 20 | QUOCTR |
| 21 | NEYDADU |
| 22 | Spring TU |
| 23 | NICOWARM |
| 24 | WILLBASIC |
| 25 | D-Story |

| 26 | LILIWEISAN |
| 27 | yunchengshiyanhuquxiaoyangshangmaoyouxiangongsi |
| 28 | fanwenen |
| 29 | qiuxuhuyang |
| 30 | wenxinchenyu |
| 31 | Cherise Trading |
| 32 | Praise Trading |
| 33 | GraceVine |
| 34 | guangzhouweibeimaoyiyouxiangon |
| 35 | LumiraBazaar |
| 36 | AnsinMoon |
| 37 | InkEternity |
| 38 | BorYong |
| 39 | Modecrs Zkwp |
| 40 | PINTNUM |
| 41 | MJTRFEDVB |
| 42 | wanhllhdse |
| 43 | Farmee--US（✈7-14 days delivery） |
| 44 | DASAYO fashion store |
| 45 | ZHENGMING |
| 46 | HOLATOK(10-15Days) |
| 47 | Twinfree Jewelry |
| 48 | LiuHuanWireless |
| 49 | Nexatory |
| 50 | Beacon Cloud A |
| 51 | Xjyfjt |
| 52 | cdgvgas |
| 53 | Homero |
| 54 | jtyhhbg |
| 55 | Skyfleets |
| 56 | Guoguo Knitting Life Museum |
| 57 | Una tienda |
| 58 | Hughun |
| 59 | BYHGFDFDF |
| 60 | zDPIe |
| 61 | LIVINO |
| 62 | Crazy prices |
| 63 | Yoneliang |
| 64 | Ytooliang |
| 65 | Yurishop |
| 66 | YTREE |

2

| 67 | VNEKVA |
|-----|--------|
| 68 | xpoie shirtsz |
| 69 | Vitalaxis |
| 70 | DIY SHOP WJW |
| 71 | Xshower |
| 72 | URBANINKS |
| 73 | JXYEQF |
| 74 | YEQFFS |
| 75 | SleekSensations |
| 76 | GAIMZ |
| 77 | Fletora |
| 78 | Senvix |
| 79 | Javikry |
| 80 | GUEDIAO |
| 81 | FENVOX |
| 82 | ZENTRA |
| 83 | Simtacha |
| 84 | Mijue Home decor |
| 85 | hao dian pu |
| 86 | wangfengweiC |
| 87 | BaoHuJu |
| 88 | xiaotuB |
| 89 | Nap Blanket |
| 90 | JUDZ Shopping |
| 91 | PureSnug Blankets |
| 92 | HeLing DaMai |
| 93 | Fabric life local |
| 94 | na zha |
| 95 | LJJA shop |
| 96 | LINA DREAMING |
| 97 | lightweight Blanket |
| 98 | LLRHdzsw |
| 99 | LoomRoots |
| 100 | Professional Floor Mat |
| 101 | Local good blankets |
| 102 | CWDesign |
| 103 | StitchCrafted |
| 104 | Xuerjie |